# United States District Court
**EASTERN DISTRICT OF TEXAS**
**SHERMAN DIVISION**

| | | |
|---|---|---|
| CARIE MARIE GROUT, | § | |
| | § | |
| *Plaintiff,* | § | Civil Action No. 4:25-cv-00005 |
| v. | § | Judge Mazzant/Judge Davis |
| | § | |
| CARLOS ORDO MANCHA, | § | |
| | § | |
| *Defendant.* | § | |
| | § | |

## MEMORANDUM ADOPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE

Came on for consideration the report of the United States Magistrate Judge in this action, this matter having been heretofore referred to the Magistrate Judge pursuant to 28 U.S.C. § 636. On January 27, 2025, the Magistrate Judge entered a Report and Recommendation (Dkt. #10) that the case be remanded. On January 28, 2025, Plaintiff filed Objections (Dkt. #11) to the Report.

The Court has conducted a *de novo* review of the Objections and is of the opinion that the findings and conclusions of the Magistrate Judge are correct, and the Objections are without merit as to the ultimate findings of the Magistrate Judge. Accordingly, the Objections (Dkt. #11) are **OVERRULED** and the Magistrate Judge's Report is **ADOPTED** as the findings and conclusions of the Court.

It is therefore **ORDERED** that the case is **REMANDED** to the 393rd Judicial District Court of Denton County.

**SIGNED this 10th day of March, 2025.**

_____
AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE